```
                    IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF ARKANSAS
                           FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                          PLAINTIFF

    v.              CASE NO.  05-CR-20038-004

DAVID HERRERA                                                     DEFENDANT

<u>ORDER</u>

Now on this 12th day of September, 2005, upon consideration of the defendant's motion for discovery (document #207) filed on September 9, 2005, the Court finds that this motion, as well as any other pretrial discovery motions that may subsequently be filed in this case, should be and hereby is referred to United States Magistrate Judge Beverly Stites Jones for disposition or recommendation, whichever is appropriate.

Trial is scheduled for October 24, 2005.


                            /S/ *Robert T. Dawson*
                                Robert T. Dawson
                                United States District Judge