UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

      v.         Case No. 2:05CR20038-004

DAVID HERRERA                                               DEFENDANT

## REPORT AND RECOMMENDATION

This case is scheduled for trial on October 24, 2005. Before me is the motion of David Herrera for a preliminary hearing to determine the admissibility of co-conspirator statements. (Doc. 240).

I have entered a report recommending denial of the same motion by defendant Felix Herrara, Jr. For reasons stated in that report, I recommend denial of the instant motion.

The parties have five (5) days to object to this report. Failure to make objections may result in a waiver of any objections.

DATED THIS 12TH DAY OF OCTOBER, 2005.

                                          /s/ Beverly Stites Jones
                                          U. S. Magistrate Judge