IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                    Case No. 05-20038-003 & 004

FELIX HERRERA, JR. and DAVID HERRERA                   DEFENDANTS

## **ORDER**

On this 20th day of October 2005, there comes on for consideration the reports and recommendations (Docs. 242-43) filed in these cases on October 12, 2005, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. No objections have been filed to the reports and recommendations.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, Defendants' motions for a preliminary *James* hearing (Docs. 233 & 240) should be and hereby are DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge